IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CORLEANO GATSON,

    Plaintiff,

vs.                                                                                         No. CIV 20-0621 JB/JFR

SCHLUMBERGER TECHNOLOGY
CORPORATION,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed November 1, 2021 (Doc. 32)("Stipulated Dismissal"). In the Stipulated Dismissal, "the Parties have agreed to a dismissal of this action, with prejudice." Stipulated Dismissal at 1. There being no more parties, claims, or issues before the Court, the Court enters Final Judgment disposing of this case pursuant to rule 58(a) of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 58(a)

**IT IS ORDERED** that: (i) all claims are dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Melinda Arbuckle
Ricardo J. Priesto
Shellist Lazarz Slobin LLP
Houston, Texas

-- and --

Don Foty
Hodges & Foty, LLP
Houston, Texas

> *Attorneys for the Plaintiff*

Jeffrey L. Lowry
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

-- and --

M. Rebecca Cooper
Mary Jo L. Roberts
Robert Lombardi
Samuel Zurik
The Kullman Firm
New Orleans, Louisiana

> *Attorneys for the Defendant*